**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER SANDERS, SR., ) | Case No. 2:18-cv-01150-JCM-NJK |
| Plaintiff(s), ) | |
| ) | **REPORT AND RECOMMENDATION** |
| v. ) | |
| ) | |
| THE CITY AND STATE OF LAS NEVADA, et al.,) | |
| ) | |
| Defendant(s). ) | |

Plaintiff is a prisoner bringing this case *pro se*.[1] District courts screen complaints brought by prisoners seeking redress from governments entities and their officers or employees. 28 U.S.C. § 1915A. A complaint, or portion thereof, should be dismissed for failure to state a claim upon which relief may be granted "if it appears beyond a doubt that the plaintiff can prove no set of facts in support of his claims that would entitle him to relief." *Buckey v. Los Angeles*, 968 F.2d 791, 794 (9th Cir. 1992). A complaint may be dismissed as frivolous if it is premised on a nonexistent legal interest or delusional factual scenario. *Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989). Moreover, "a finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them." *Denton v. Hernandez*, 504 U.S. 25, 33 (1992). When a court dismisses a complaint, the plaintiff should be given leave to amend with directions

---

[1] Plaintiff neither paid the filing fee nor filed an application to proceed *in forma pauperis*. Given the recommendation herein, the Court declines to address that deficiency.

as to curing its deficiencies, unless it is clear from the face of the complaint that the deficiencies could not be cured by amendment. *See Cato v. United States*, 70 F.3d 1103, 1106 (9th Cir. 1995).

In this case, Plaintiff appears to be subject to criminal proceedings in another jurisdiction or jurisdictions. Plaintiff alleges that the government "got the wrong guy," as can be proven by his celebrity wife (Solange Knowles) and celebrity friends (Jay Z and Will Smith). *See* Docket No. 1-1 at 3.

In light of the frivolous and delusional nature of Plaintiff's claims, the undersigned **RECOMMENDS** that Plaintiff's complaint be **DISMISSED** with prejudice.

Dated: June 28, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).