UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER SANDERS, SR., | Case No. 2:18-CV-1150 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| THE CITY AND STATE OF LAS NEVADA, et al., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Koppe's report and recommendation ("R&R"). (ECF No. 3). No objections have been filed and the time to do so has passed.

Judge Koppe recommends dismissing *pro se* plaintiff Christopher Sanders's complaint with prejudice for failure to state a claim upon which relief may be granted, considering the frivolous and delusional nature of the claims. Plaintiff appears to be subject to criminal proceedings in other jurisdictions and claims the government "got the wrong guy." (ECF No. 1). He also alleges this can be proven by his celebrity wife (Solange Knowles) and celebrity friends (Jay Z and Will Smith). *Id.*

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149

**James C. Mahan**
**U.S. District Judge**

(1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

Nevertheless, this court conducted a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and attendant circumstances, this court finds good cause appears to adopt the magistrate judge's findings in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Koppe's R&R (ECF No. 3) be, and the same hereby is, ADOPTED.

IT IS FURTHER ORDERED that plaintiff's complaint is hereby DISMISSED with prejudice.

The clerk is instructed to enter judgment and close the case accordingly.

DATED March 16, 2020.

_____
UNITED STATES DISTRICT JUDGE